UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **CHRISTOPHER CUNNINGHAM,** | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| vs. | |
| **CHERRY LINDAMOOD,** | CASE NO: 17-1132-STA-egb |
| Respondent. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Dismissing Petition, Denying Certificate of Appealability, and Denying Leave To Appeal In Forma Pauperis entered on October 16, 2017, this cause is hereby dismissed without prejudice.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 10/16/2017

THOMAS M. GOULD
**Clerk of Court**

s/Maurice B. BRYSON

(By) Deputy Clerk